IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD TERRELL RICE,**<br><br>Petitioner,<br><br>v.<br><br>**ANDRE MATEVOUSIAN,**<br><br>Respondent. | Case No. 1:17-cv-00123-MJS (HC)<br><br>**ORDER CORRECTING ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO STATE A COGNIZABLE CLAIM**<br><br>**(ECF No. 11)**<br><br>**CLERK TO CLOSE CASE** |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus under the authority of 28 U.S.C. § 2241. Respondent Andre Matevousian, warden of U.S. Penitentiary, Atwater, is represented by Karen Escobar of the Office of the United States Attorney. Both parties have consented to Magistrate Judge jurisdiction. (ECF Nos. 4, 6.)

On April 17, 2017, the Court issued an order dismissing the petition for writ of habeas corpus for failure to state a claim. (ECF No. 11.) The caption of the order erroneously stated that the parties had thirty days to file objections. (ECF No. 11 at 1.) However, the matter is before the undersigned on the consent of the parties. (ECF Nos. 4, 6.) Accordingly, no objections will be had.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The order dismissing the petition is CORRECTED to reflect that objections will not be had; and
2. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 24, 2017            /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE